W. Gregory Lockwood, WSBA #52232
Gordon & Rees, LLP
1300 SW Fifth Ave., Suite 2000
Portland, OR 97201
Phone: (503) 382-3855
Fax: (503) 616-3600
wglockwood@grsm.com
*Attorneys for Defendant Life Flight Network*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN KRILL,<br><br>                    Plaintiff,<br><br>        v.<br><br>LIFE FLIGHT NETWORK LLC and JOHN DOE EMPLOYEES I – V of LIFE FLIGHT NETWORK, LLC<br><br>                    Defendants, | Case No. 2:22-cv-00057<br><br>**DECLARATION OF W. GREGORY LOCKWOOD IN SUPPORT OF NOTICE OF REMOVAL** |

I, W. Gregory Lockwood declare under penalty of perjury that the foregoing is true and correct:

1. I am the attorney of record for Life Flight Network LLC ("Life Flight") in this matter. I make this declaration in support of Life Flight's notice of removal.

2. Based on my investigation and information obtained in pre-litigation matters in this case, Mr. Krill is a citizen of the State of Wyoming, residing in Jackson, Teton County. This belief is partially based upon a Westlaw Public Records PeopleMap Search, which could be

DECLARATION OF W. GREGORY LOCKWOOD IN SUPPORT OF NOTICE OF REMOVAL – Page 1
(Case No. 2:22-cv-00057)

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 382-3855
Facsimile : (503) 616-3600

provided to the Court, but has been omitted because of the larger amount of personal information included in it.

3. Based on my experience as a lawyer, claims like Mr. Krill's, based on alleged permanent disability exceed $75,000 in value.

4. Past and future medical expense alone could account for more than $75,000.00 in claimed damages.

5. Based on the types of damages alleged, Plaintiff's claims exceed the threshold for diversity jurisdiction.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Executed on: April 4, 2022        GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ W. Gregory Lockwood*
W. Gregory Lockwood, WSBA No. 52232
wglockwood@grsm.com
*Attorneys for Life Flight Network LLC*

DECLARATION OF W. GREGORY LOCKWOOD IN SUPPORT OF NOTICE OF REMOVAL – Page 2
(Case No. 2:22-cv-00057)

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 382-3855
Facsimile : (503) 616-3600